IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PIROLLO                            :        CIVIL ACTION
                                   :
                                   :
    v.                             :
                                   :
                                   :
SAKS                               :        NO. 02-3856


O R D E R


        AND NOW, this 19th day of July, 2002, in accordance with the court's

procedure for random reassignment of cases, it is hereby

                ORDERED that the above-captioned case is reassigned from the calendar of

the Honorable John R. Padova to the calendar of the Honorable Michael M. Baylson.



                        FOR THE COURT:

                        JAMES T. GILES
                        Chief Judge

                        ATTEST:


                        _____
                        MICHAEL E. KUNZ
                        Clerk of Court