IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PIROLLO | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO.  02-3856 |
| SAKS INCORPORATED, INC., et al. | : | |

O R D E R

**AND NOW, TO WIT:** This 18th day of September, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
Lynn Meyer
Deputy Clerk

cc:       Jennifer Platzkere, Esq. (fax)
          Sidney Gold, Esq. (fax)

O:\41(b) Orders to Dismiss\Pirollo v. Saks 02-3856 - Order to Dismiss - NEW.wpd